

# Fourth Court of Appeals
## San Antonio, Texas

April 7, 2022

No. 04-22-00153-CV

**IN RE ALAMO TRANSIT COMPANY; ALAMO GARDEN, INC.; ALAMO CEMENT COMPANY; ALAMO CONCRETE PRODUCTS COMPANY; FERNANDO MASCORRO; AND ARNOLDO CANALES**

From the 293rd Judicial District Court, Maverick County, Texas
Trial Court No. 21-08-40320-MCV
Honorable Maribel Flores, Judge Presiding

# O R D E R

After we granted a first motion for an extension of time to file a response, we set Real Party in Interest's response to Relators' petition for writ of mandamus due on April 11, 2022. Before the due date, Real Party in Interest Billy Brooks filed an unopposed second motion for an extension of time to file the response until April 21, 2022. *See* TEX. R. APP. P. 10.5(b).

The motion is granted. Real Party in Interest's response is due on April 21, 2022.

It is so **ORDERED** on April 7, 2022.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT